B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re: **Aiden B. McLain**, **Sheri A. McLain**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
CHFA

**Describe Property Securing Debt:**
310 E. Hastings Ave., Pueblo, CO 81007. 1200 Sq. Feet, 3 bedroom, 2 bath, on 1.22 acre lot.

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  **Continue Paying**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
CHFA

**Describe Property Securing Debt:**
310 E. Hastings Ave., Pueblo, CO 81007. 1200 Sq. Feet, 3 bedroom, 2 bath, on 1.22 acre lot.

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ■ Other. Explain  **Continue Paying**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>GE Capital Retail Bank | **Describe Property Securing Debt:**<br>2012 Victory Vegas Jackpot motorcycle.  700 miles, good condition.<br>Location: 310 E. Hastings Ave., Pueblo CO 81007 |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>MINNEQUA WORKS CREDIT UNION | **Describe Property Securing Debt:**<br>2012 Yamaha WR450, fair condition.<br>Location: 310 E. Hastings Ave., Pueblo CO 81007 |

Property will be (check one):
 ☐ Surrendered      ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Nissa Motor Acceptance Corporation | **Describe Property Securing Debt:**<br>2013 Nissan Sentra, mileage 15,000.  Good condition.<br>Location: 310 E. Hastings Ave., Pueblo CO 81007 |

Property will be (check one):
 ■ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ☐ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt      ☐ Not claimed as exempt

B8 (Form 8) (12/08)             Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Power Credit Union** | **Describe Property Securing Debt:**<br>**2006 Nissan Titan SE, 4 door, crew cab. Poor condition - 113,000 miles**<br>**Location: 310 E. Hastings Ave., Pueblo CO 81007** |

Property will be (check one):
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt           ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Power Credit Union** | **Describe Property Securing Debt:**<br>**2002 Honda Civic SI 2 door, 48,000 miles - fair condition**<br>**Location: 310 E. Hastings Ave., Pueblo CO 81007** |

Property will be (check one):
    ☐ Surrendered             ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt           ☐ Not claimed as exempt

B8 (Form 8) (12/08) Page 4

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Power Credit Union** | **Describe Property Securing Debt:**<br>2012 Sport Jeep Wrangler - 2 door, 4 wheel drive. 12,000 miles, excellent condition.<br>Location: 310 E. Hastings Ave., Pueblo CO 81007 |

Property will be (check one):
■ Surrendered  ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt  ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **February 5, 2014**     Signature **/s/ Aiden B. McLain**
                                        **Aiden B. McLain**
                                        Debtor

Date **February 5, 2014**     Signature **/s/ Sheri A. McLain**
                                        **Sheri A. McLain**
                                        Joint Debtor